JULIUS FRIEDEL, as Administrator of the Estate of MARTHA FRIEDEL, Deceased, Respondent, v. EUPHEMIA S. COFFIN et al., Appellants.

*Friedel* v. *Coffin*, 155 App. Div. 559, affirmed.
(Argued March 17, 1915; decided April 13, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 18, 1913, reversing a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term and granting a new trial in an action to recover for the death of plaintiff's intestate, a child between four and five years of age, alleged to have been occasioned through the defendants' negligence in failing to properly guard a certain areaway in front of premises of which one defendant was owner and the other lessee.

*William A. Jones, Jr.,* for Euphemia S. Coffin, appellant.

*James J. Mahoney* and *F. Wright Moxley* for Philip Wagner, appellant.

*J. Franklin Tausch* for respondent.

Order affirmed and judgment absolute ordered against appellants on the stipulation, with costs in all courts.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, MILLER, CARDOZO and SEABURY, JJ.